JOSEPH MULLANEY, JR., as Administrator of the Estate of ANN A. MULLANEY, Deceased, Respondent, *v.* NICOLO BLASSO, Defendant, and GEORGE H. WORTH-INGTON et al., Appellants.

(Argued March 21, 1934; decided April 17, 1934.)

*William Dike Reed* and *William B. Shelton* for appellants.

*Theodore H. Lord* and *Daniel F. Dunn* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: KELLOGG, J.